THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Teresa Cooper,       
Appellant,
 
 
 

v.

 
 
 
James Wade, Jr.,       
Respondent.
 
 
 

Appeal From Pickens County
Henry F. Floyd, Circuit Court Judge
H. Dean Hall, Circuit Court Judge
John W. Kittredge, Circuit Court Judge

Memorandum Opinion No. 2004-MO-046
Heard October 22, 2003 - Filed August 
 23, 2004

AFFIRMED

 
 
 
Samuel Darryl Harms, of Harms Law Firm, of Greenville, for Appellant.
A.M. Quattlebaum, Jr., of Nelson Mullins Riley & Scarborough, and Wes A. 
 Kissinger, of Clarkson, Walsh, Rheney & Turner, both of Greenville, and 
 C. Mitchell Brown, Elizabeth H. Campbell, and Jeffrey S. Patterson, all of Nelson 
 Mullins Riley & Scarborough, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following 
 authorities: Rule 26(b)(1), SCRCP; Hancock v. Wal-Mart Stores, Inc. 355 
 S.C. 398, 584 S.E.2d 398 (Ct. App. 2003); Floe v. Plowden, 10 F.R.D. 
 504 (E.D.S.C. 1950).
 MOORE, A.C.J., WALLER, BURNETT, PLEICONES, JJ., and Acting Justice 
 James W. Johnson, Jr., concur.